```
                         FLORIDA DEPARTMENT OF CORRECTIONS          06/14/2016
ISSO150 (01)                CHARGING DISCIPLINARY REPORT    Exhibit A
                               LOG # 213-160972
```

DC#: 543282    INMATE NAME: WHIPPLE, SHANE Q.            INFRACTION
VIOLATION CODE: 0061   TITLE: DISOBEYING ORDER           DATE: 06/10/16
FACILITY CODE: 213    NAME: UNION C.I.                   TIME: 10:30

I.  STATEMENT OF FACTS
    AT 1030 HOURS, ON JUNE 10, 2016, WHILE ASSIGNED AS THE
    T-DORM ADMINISTRATIVE SERGEANT. INMATE WHIPPLE, SHANE DC#
    543282 HOUSED IN T2-115 HAD JUST BEEN DISCHARGED TO O-DORM
    FOLLOWING HIS MDST MEETING. UPON EXITING THE MDST ROOM,
    INMATE WHIPPLE ATTEMPTED TO LAY HIMSELF ON THE WING 2 DAY
    ROOM FLOOR, IN AN ATTEMPT TO BREAK MYSELF AND OFFICER
    CORNWALL'S CUSTODIAL HOLD. I ORDERED INMATE WHIPPLE TO CEASE
    HIS DISRUPTIVE BEHAVIOR AND CONTINUE WITH THE ESCORT, TO
    WHICH HE REFUSED. INMATE WHIPPLE IS BEING CHARGED WITH 6-1
    DISOBEYING A VERBAL ORDER. THE SHIFT SUPERVISOR WAS NOTIFIED
    OF THIS INCIDENT AND AUTHORIZED THIS REPORT TO BE WRITTEN.

    REPORT WRITTEN: 06/10/16, AT 11:00        BY: CEJ06 - CANIDA, E. J.

II. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 06/21/16, AT 10:42

    NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
    EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
    NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
    33-601, FLORIDA ADMINISTRATIVE CODE.

        DELIVERED BY: BMO 20 - [signature]

NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
CONDUCT, YOU ARE ADVISED THE FOLLOWING:

INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.

DELIVERY OF CHARGES:
A COPY OF THE CHARGES WILL BE PROVIDED TO YOU AT LEAST 24 HOURS PRIOR
TO THE CONVENING OF THE DISCIPLINARY HEARING UNLESS YOU WAIVE THE WAITING
PERIOD. THE HEARING MAY BEGIN ANY TIME AFTER THE 24 HOUR PERIOD UNLESS
YOU SIGN THE WAIVER.