Exhibit B

```
                         IS14MJB_07_01_2016_13_54_37
                         FLORIDA DEPARTMENT OF CORRECTIONS         07/01/2016
ISS0158 (14)                    DISCIPLINARY REPORT                PAGE   1
                                HEARING INFORMATION
                                LOG # 213-160972
-------------------------------------------------------------------------------
 DC#: 543282    INMATE NAME: WHIPPLE, SHANE Q.           U2101L INFRACTION
 VIOLATION CODE:  0061    TITLE: DISOBEYING ORDER        DATE: 06/10/2016
 FACILITY CODE:   213     NAME: UNION C.I.               TIME: 10.30
-------------------------------------------------------------------------------
            TEAM    FINDINGS AND ACTION    DATE: 07/01/2016, AT: 07.06
         INMATE OFFERED STAFF ASSISTANCE: DECLINED
         INMATE PLEA: NO PLEA        FINDINGS: GUILTY
         INMATE PRESENT: REFUSED TO APPEAR
    POSTPONEMENT:
    BASIS FOR DECISION:
         THE TEAM FOUND THE SUBJECT GUILTY OF (6-1) BASED ON ALL
         FACTS DERIVED FROM THE DISCIPLINARY INVESTIGATIVE REPORT,
         WITNESS STATEMENTS AND SGT. E. CANIDA'S STATEMENT, IN
         SECTION ONE OF THE DISCIPLINARY REPORT, WHICH STATES IN PART
         THAT UPON EXITING THE MDST ROOM THE SUBJECT ATTEMPTED TO
         LAY HIMSELF ON THE DAY ROOM FLOOR IN AN ATTEMPT TO BREAK
         STAFF'S CUSTODIAL HOLD. THE SUBJECT WAS ORDERED TO CEASE HIS
         DISRUPTIVE BEHAVIOR AND CONTINUE WITH THE ESCORT, TO WHICH
         HE REFUSED. THE SUBJECT REFUSED TO ATTEND THE HEARING AND
         REFUSED TO SIGN THE DC6-112D. ALL ATTACHMENTS WERE READ AND
         CONSIDERED BY THE TEAM. BASED UPON REVIEW OF THE IDENTIFIED
         TAPE OR THE CAPABILITIES OF THE PARTICULAR TAPING EQUIPMENT,
         THE TAPE REQUESTED DOES NOT PROVIDE EVIDENCE TO SUPPORT THE
         INMATE'S STATEMENT. A MEMORANDUM FROM THE MENTAL HEALTH
         STAFF WAS REVIEWED AND CONSIDERED. THE SUBJECT IS ADVISED
         THAT HE HAS 15 DAYS TO APPEAL THE TEAM'S DECISION ON A
         DC1-303 REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL FORM. IT
         SHOULD BE NOTED THAT CLO M. TOUCHSTONE WAS PRESENT DURING
         THE HEARING FOR TRAINING PURPOSES.
    HEARING DELAY COMMENTS:
         THE TEAM NOTES THAT THE REASON FOR DELAY IS DUE TO SHOS.

  ACTIONS TAKEN:
   DISCIPLINARY CONFINEMENT:   30; PROBATION DAYS SET:   0 CONSECUTIVE
   ALTERNATIVE HOUSING:      0000;

   RESTITUTION:       $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

   TEAM CHAIRMAN:   DSL25 - DANIELS, S.L.
   TEAM MEMBERS:    LSJ11 - LOLA,STEVEN J.              -
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
```