**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

RECEIVED AUG 02 2016
DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCE APPEALS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

Exhibit C

TO: ☐ Warden  ☐ Assistant Warden  ☒ Secretary, Florida Department of Corrections

From: WHIPPLE, SHANE, Q   543282   U.C.I. - T.G.U.
Last  First  Middle Initial   Number   Institution

**Part A – Inmate Grievance**   1606-31892

(Check all cameras)

This is an Appeal of the attached grievance Log# 1607-213-098, and response by Kevin D. Jordan, Warden on 7/21/16. I request Tallahassee to review the T-dorm wing cameras as I was assaulted and carried off of the T-dorm dayroom floor by Sgt. E. Conida and others on day and time this DR Log# 213-160972, and others were written or falsely reported. I request a review of cameras on 06-10-2016 at 10:30 AM, of the T-dorm dayroom floor, and the camera of after the USE OF FORCE against me. I request Audio and Video to be reviewed by Tallahassee Secretary. I was assaulted intentionally on 6-10-2016.

Furthermore, I was not given chance to go to a Disciplinary hearing on 07-01-2016. The response on grievance Log# 1607-213-098 states that a officer was carrying on a conversation at my cell, but does not identify or question the officer said to carry on a conversation at my cell.

I request Secretary to identify the officer said to be "carry"-ing on a conversation with me on said DR hearing date. As I was never given a waiver form to waive my right to a hearing and I was never asked to go to a hearing. I am Not Guilty.

DATE  07-27-2016   SIGNATURE OF GRIEVANT AND D.C. #  543282

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: __/__
                                                                      #  Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: 7/28/16   Institutional Mailing Log #: 127273
                          (Date)                                              (Received By)

Rec. 7/28/16 SDA

DISTRIBUTION:  INSTITUTION/FACILITY   CENTRAL OFFICE   7/28/16
               INMATE (2 Copies)       INMATE
               INMATE'S FILE           INMATE'S FILE - INSTITUTION/FACILITY   OSA
               INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                       CENTRAL OFFICE GRIEVANCE FILE   1607-213-098

DC1-303 (Effective 2/05)   Incorporated by Reference in Rule 33-103.006, F.A.C.   (6-1) 6/10/16