MAILED/FILED
WITH AGENCY CLERK

JUN 26 2016

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**   Exhibit D

| WHIPPLE, SHANE | 543282 | 16-6-31892 | UNION C.I. | U2112L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

The Use of Force was previously reported to the Office of Inspector General for review.

Your administrative appeal is denied.

W. Millette

_____
SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

_____
SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

8/22/16
DATE