**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Exhibit E

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections
From: WHIPPLE, SHANE Q    543282    U.C.I. T.C.U.
  Last    First    Middle Initial    Number    Institution

Part A – Inmate Grievance

Appeal and Reprisal against me. Appeal D.R. This is Appeal of Disciplinary Report Log # 213-160972 title (Disobeying Order), and Findings or Basis for Decision in which the Basis of Decision contains a lie against me as well. The decision by LSJII-LOLA, STEVEN J. and DSL25-DANIELS, S.L.; States that I refused to attend the hearing and refused to sign a DC6-112D. This is not true. Check camera and Audio on day of the hearing of 07/01/2016. I was not informed of this hearing on 07/01/2016, until the Hearing Information was sent in the mail. I want to Appear to defend myself according to Chapter 33 F.A.C.. I reported, that on 06/10/2016, that I was carried off of the Day Room Floor of T-dorm by Sgt. E. CANIDA, and others at 10:30 A.M. on 06/10/2016, before a "use of force" camera was brought in to the room; I was carried and dropped face first. I was assaulted after I passed out in Day Room and carried off of camera. I request Compensation and review of entire evidence to show assault against me. I request to defend myself. I fear for my life. _Signature_ 543282

DATE 07-08-2016    SIGNATURE OF GRIEVANT AND D.C. #

SEE ATTACHED RESPONSE

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ / ___
       #       Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: 7-11-16    Institutional Mailing Log #: 1607-213-098
     (Date)          (Received By)

DISTRIBUTION:
INSTITUTION/FACILITY        CENTRAL OFFICE
INMATE (2 Copies)          INMATE
INMATE'S FILE              INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                           CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 2/05)    Incorporated by Reference in Rule 33-103.006, F.A.C.