**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

Exhibit 6

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

WHIPPLE, SHANE, Q    543282    U.C.I. (T.C.U.)
Last  First  Middle Initial    DC Number    Institution

**Part A – Inmate Grievance**

This is a Appeal of D.R. Log # 213-160971. Title: Spoken Threats. This Basis For Decision is also in error, as I was not given opportunity to attend a hearing and I did not sign a waiver to attend my hearing on 07/01/2016. See Chapter 33-103 F.A.C. Team members LSJII - Lota, Stevens, J. and DSL25- DANIELS, S.L., did not let me attend a hearing to defend myself on 07/01/2016, violating rule 33-103 F.A.C.. Furthermore, "A USE OF FORCE" was done on 06/10/2016, by Sgt. CANIDA, and others on tape; after they carried me from dayroom floor in T-dorm, to a room without a camera used for strip searches. They left this out of reports. I was carried off of camera on 06/10/2016 at approximately 10:30 AM. and assaulted for several minutes. I reported separate grievances. I reported this before these Disciplinary Reports were served to me. I request compensation, transfer and am in fear for my life with numerous death threats.

07-08-2016
DATE

SIGNATURE OF GRIEVANT AND D.C. #   543282

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:  SEE ATTACHED RESPONSE    ___/___  # / Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the Institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The Inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: 7-11-16    Institutional Mailing Log #: 1607-213-096
(Date)                                                                                     (Received By)

DISTRIBUTION:  INSTITUTION/FACILITY    CENTRAL OFFICE
               INMATE (2 Copies)        INMATE
               INMATE'S FILE            INMATE'S FILE - INSTITUTION/FACILITY
               INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
                                        CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.