Exhibit H

## PART B - RESPONSE

| WHIPPLE, SHANE | 543282 | 1607-213-096 | UNION C.I. | U2112L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been received, reviewed and evaluated. The statement of fact supports the charge and provides adequate information for the disciplinary team. The wing cameras were reviewed but did not support your statements. Wing cameras show an officer at your cell front carrying on a conversation with you. This is consistent with the staff written statement that you had the opportunity to attend your hearing. You have not presented evidence or information to warrant overturning the disciplinary report.

Based on the foregoing information, your grievance is denied.

You may obtain further administrative review of your complaint by obtaining form DC 1-303 Request for Administrative Remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.

T. Key                            Kevin D. Jordan, Warden

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 7/21/16 DATE |

**MAILED**
JUL 22 2016
UCI GRIEVANCE OFFICE