**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

Exhibit I

RECEIVED
AUG 02 2016
DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCE APPEALS

Exhibit I

TO: ☐ Warden  ☐ Assistant Warden  ☒ Secretary, Florida Department of Corrections
From: WHIPPLE, SHANE, G.   543282   U.C.I. - T.C.U.
       Last    First   Middle Initial    Number    Institution

1606-31893

**Part A – Inmate Grievance**

I was assaulted this is a cover-up. "I fear for my life"
This is an Appeal of the attached grievance Appeal Log #1607-213-096 and response by Kevin D. Jordan, Warden and T. Key. The Hearing information paper mailed to me after a hearing was conducted at 6:30 A.M, in the morning of 07-01-2016. I was not asked by any staff if I wanted to go to a hearing for a D.R. on 07-01-2016. The response states that wing cameras were reviewed, but the statement does not support the statement that I was given an opportunity to attend my hearing or an opportunity to sign a waiver for a hearing. I did not waive my right to a D.R. hearing to defend myself. The response states a officer was seen carrying on a conversation at my door. The response did not identify the officer who is said "carrying" on a conversation at my door. Therefore, the officer carrying on a conversation does not mean that my right to a D.R. hearing was followed. My right to defend myself at a D.R. hearing was not followed. The officer carrying on a conversation was not questioned according to the response on grievance Log # 1607-213-096. Therefore, rule chapter 33-103 right to a hearing was violated against me. I request a right to a hearing and call witnesses. Compensation.

DATE 07-27-2016                          SIGNATURE OF GRIEVANT AND D.C. # Shane Whipple 543282

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:   ___/___
                                                                          #   Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 7/28/16   Institutional Mailing Log #: 127276
                            (Date)                                               (Received By)

DISTRIBUTION:
INSTITUTION/FACILITY                CENTRAL OFFICE
INMATE (2 Copies)                    INMATE
INMATE'S FILE                        INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE         CENTRAL OFFICE INMATE FILE
                                     CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 2/05)    Incorporated by Reference in Rule 33-103.006, F.A.C.

Rec. 7/28/16
SPA

05A
1607-213-096
(1-3) 6/10/16