Exhibit J

```
┌─────────────────────────────┐
│      MAILED/FILED           │
│   WITH AGENCY CLERK         │
│                             │
│      JUN 2 6 2016           │
│                             │
│   Department of Corrections │
│ Bureau of Inmate Grievance Appeals │
└─────────────────────────────┘
```

**PART B - RESPONSE**

| WHIPPLE, SHANE | 543282 | 16-6-31893 | UNION C.I. | U2112L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Furthermore, if you fear staff, you need to file an informal to the Colonel. The Colonel should have the opportunity to address these issues regarding staff at the institution.

The Use of Force was previously reported to the Office of Inspector General for review.

Your administrative appeal is denied.

W. Millette

W. Millette

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 8/22/16 DATE |
|---|---|---|